CALCOTE ET AL. V. STAMPLEY ET AL.

[75 South, 689, Division B.]

APPEAL AND ERROR.  *Dismissal.*

   Where there is no petition for appeal to the supreme court and
   no appeal bond given, that court has no jurisdiction to docket
   and dismiss a case.

APPEAL from the circuit court of Jefferson county.
HON. R. E. JACKSON, Judge.

Suit by J. W. Calcote and others against Elizabeth
Stampley and others. From a judgment for defendant,
plaintiff appeals on motion to docket and dismiss appeal.

The facts are fully stated in the opinion of the court.

*Truly & Truly,* for the motion.

STEVENS, J., delivered the opinion of the court.

Counsel for appellee present a motion to docket and
dismiss the above-styled cause, because, as they say, "no
action was taken by the appellants after the motion for
new trial was overruled, no citation issued, no appeal
bond filed." With the motion is presented a transcript
of the record in the court below, showing affirmatively
that no appeal bond has ever been tendered to the clerk,
and indeed there is no petition for an appeal. This be-
ing true, there is nothing before this court. We have no
jurisdiction of the cause, and there is nothing to docket
and dismiss. For this reason the motion is overruled.
So far as the motion and the transcript furnished there-
with show, there is nothing to prevent appellees from
enforcing the judgment rendered by the circuit court of
Jefferson county, making final disposition of this cause.

                                        *Overruled.*